UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61408-CIV-SINGHAL

FRANCOISE H. THOMPSON,

    Plaintiff,

vs.

MARGARITA INANEZ DE SENDADIANO,

    Defendant.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon Defendant within 90 days after the filing of the complaint. Plaintiff filed this action on July 28, 2022, and to date, there is no indication in the court file that Defendant has been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **November 1, 2022**, Plaintiff shall perfect service upon the Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by November 1, 2022, will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of October 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF